Monroe Goodbread, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Clement D. Cates, Plaintiff in Error, v. R. E. Merritt, as Sheriff of Duval County, Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.